**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ALEXANDRA DUGAN, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BOSTON DIGITAL ENTERPRISES, | )   Case No.  5:25-cv-00157-SLP |
| LLC, a Delaware Limited Liability | ) |
| Company, and EXERGEN | ) |
| CORPORATION, a Massachusetts | ) |
| Corporation, | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

David M. Sullivan, of the firm Crowe Dunlevy, P.C., hereby enters his appearance

as counsel for Defendant Exergen Corporation, a Massachusetts Corporation.


Respectfully submitted,


s/*David M. Sullivan*
David M. Sullivan, OBA #18851
CROWE DUNLEVY
A Professional Corporation
Braniff Building
324 N. Robinson Ave.
Suite 100
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
david.sullivan@crowedunlevy.com

**ATTORNEYS FOR DEFENDANT
EXERGEN CORPORATION**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of July, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all ECF registrants.

*/s/ David M. Sullivan*
David M. Sullivan

2