**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ALEXANDRA DUGAN, an individual,    ) | |
|           )<br>      Plaintiff,         )<br>          )<br>v.                )<br>          )<br>BOSTON DIGITAL ENTERPRISES,  )<br>LLC, a Delaware Limited Liability  )<br>Company, and EXERGEN      )<br>CORPORATION, a Massachusetts   )<br>Corporation,            )<br>          )<br>      Defendants.      ) | Case No.  5:25-cv-00157-SLP |

**DEFENDANT EXERGEN CORPORATION'S
UNOPPOSED MOTION FOR LEAVE TO FILE
ANSWER TO AMENDED COMPLAINT OUT OF TIME**

Defendant Exergen Corporation ("Exergen") pursuant to Fed. R. Civ. P. 6(b) respectfully requests that the Court grant it leave of Court to respond to the remaining claims in Plaintiff Alexandra Dugan's ("Plaintiff") Amended Complaint on or before August 21, 2026. In support of this motion, Exergen states as follows:

1.      On February 4, 2025, Plaintiff filed her Complaint in this action.  See [Doc. 1].

2.      On March 17, 2025, Exergen filed its First Motion for Extension of Time to Answer Complaint.  See [Doc 8].

3.      On April 7, 2025, Exergen files a second Motion for Extension of Time to File Answer. See [Doc 10].

4.      On April 21, 2025, Exergen filed its Answer to Plaintiff's Complaint.  See [Doc 20].

5.      On May 12, 2025, Plaintiff filed an Amended Complaint.  See [Doc. 25].

6.      On May 23, 2025, Exergen filed a Motion for Extension of Time to File Answer.  See [Doc. 27].

7.      On June 10, 2025, Exergen filed a Motion to Dismiss Plaintiff's First Amended Complaint.  See [Doc. 31].

8.      After Exergen's Motion to Dismiss was fully briefed, on March 30, 2026, the Court granted in part and denied in part Exergen's Motion to Dismiss.  See [Doc. 47].  The Court dismissed Plaintiff's fraud claim (Count 10) and breach of contract claim (Count 8). Id.

9.      Pursuant to Fed. R. Civ. P. 12(a)(4)(A), the deadline for Exergen's Answer to the remaining claims in Plaintiff's Amended Complaint was April 13, 2026.

10.     On June 24, 2026, Exergen's previous counsel filed motions to withdraw as counsel.  See [Doc. 52 and 53].  On June 30, 2026, the Court granted Exergen's previous counsel's Unopposed Motion to Withdraw as Counsel of Record for Defendant Exergen Corporation.  See [Doc. 54].  The Court directed Exergen to retain new counsel within 30 days from the date of the Order. Id.

11.     The undersigned counsel was recently retained to represent Exergen in this matter and on July 22, 2026, entered an appearance.  See [Doc. 56 and 57].  After a review of the docket, undersigned counsel determined that Exergen had not filed an Answer to the remaining claims in Plaintiff's Amended Complaint.   Responses to some or all of these claims were included in Exergen's Answer filed on April 21, 2025, See [Doc 20].  Exergen has defenses to the remaining claims in the Amended Complaint.

12.    This motion is made in good faith and is not filed in an effort to delay this case.  Instead, this motion will provide Exergen the opportunity to develop the facts of this case and establish its defenses to the remaining claims.

13.    Counsel for Exergen has conferred with counsel for Plaintiff and has been advised by Plaintiff's counsel that Plaintiff does not oppose this Motion.

14.    Granting this motion will not impact any other deadlines as no other deadlines have been set by the Court.

15.    Upon the entry of an Order granting this Motion, Exergen is prepared to file its Answer to the Amended Complaint, without delay, on or before August 21, 2026.

16.    A proposed Order is being submitted to the Court contemporaneously with this motion.

WHEREFORE, Exergen respectfully requests that this motion be granted and that the Court enter an Order allowing Exergen until August 21, 2026, to file an Answer to the remaining claims in Plaintiff's Amended Complaint, or at such other time as the Court should determine.

Respectfully submitted,

s/*Anthony J. Hendricks*
David M. Sullivan, OBA #18851
Anthony Hendricks, OBA #31083
CROWE DUNLEVY
A Professional Corporation
Braniff Building
324 N. Robinson Ave.
Suite 100
Oklahoma City, OK 73102-8273

(405) 235-7700
(405) 239-6651 (Facsimile)
david.sullivan@crowedunlevy.com
anthony.hendricks@crowedunlevy.com


-AND –

Susan G.L. Glovsky, MA BBO# 195880 (*pro hac vice* forthcoming)
Benjamin H. Silvers, MA BBO# 715739 (*pro hac vice* forthcoming)
Hamilton, Brook, Smith & Reynolds, P.C.
155 Seaport Boulevard
Boston, MA 02210
Telephone: 617-607-5900
Fax: 978-341-0136
Susan.Glovsky@hbsr.com
benjamin.silvers@hbsr.com

**ATTORNEYS FOR DEFENDANT
EXERGEN CORPORATION**


## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of July, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all ECF registrants.



*/s/ Anthony J. Hendricks*
Anthony J. Hendricks