UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

ALEXANDRA DUGAN,

)
)
)
)
)

vs.                                    Plaintiff(s)   )    Case No. 5:25-cv-00157-SLP
)
EXERGEN CORPORATION, a                        )
Massachusetts Corporation,                    )
)
)
)
Defendant(s)   )

### REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1.  Full name: Susan G. L. Glovsky

2.  State bar membership number: MA BBO# 195880

3.  Business address, telephone and fax numbers:
    Hamilton, Brook, Smith & Reynolds, P.C.
    155 Seaport Boulevard
    Boston, MA 02210
    Telephone: 617-607-5900 | Fax: 978-341-0136

4.  List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
    Supreme Judicial Court for the Commonwealth of Massachusetts 1980; Supreme Court of the State of New York March 1982; U.S. Supreme Court 1995; U.S. Court of Appeals for the First Circuit 1982; U.S. Court of Appeals for the Federal Circuit 1991; U.S. District Court for Eastern District of Michigan 1980; U.S. District Court for Massachusetts 1982; U.S. District Court for E.D. Wisconsin 2007; Administrative Body: U.S. Patent and Trademark Office

5.  Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   ☐ Yes   ☒ No

6.  Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   ☐ Yes   ☒ No
    (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7.  Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?   ☒ Yes   ☐ No

A check for $100 should be made payable to the U.S. District Court Clerk.
    (United States Government Attorneys are exempted from paying this fee.)

DATED this ___21st___ day of _____July 2026_____.

/s/  Susan G. L. Glovsky

Signature of Applicant