**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ALEXANDRA DUGAN, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BOSTON DIGITAL ENTERPRISES, | ) | Case No.  5:25-cv-00157-SLP |
| LLC, a Delaware Limited Liability | ) | |
| Company, and EXERGEN | ) | |
| CORPORATION, a Massachusetts | ) | |
| Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>MOTION FOR ADMISSION *PRO HAC VICE*</u>

Anthony Hendricks, of the law firm of Crowe Dunlevy, P.C., moves this Court, pursuant to Western District of Oklahoma Local Civil Rule 83.3(b), to admit non-resident attorney Benjamin H. Silvers to practice before this Court *pro hac vice* for the purpose of appearing as counsel for Defendant Exergen Corporation ("Exergen") in this action. In support of this motion, the undersigned states as follows:

Anthony Hendricks hereby certifies and declares:

1.      I am an active member in good standing of the Bar of the State of Oklahoma (State Bar No. 31083) and am admitted to practice law in this Court and in the federal courts for the Northern and Western Districts of Oklahoma. I submit this request for the Court's permission that Mr. Silvers, an Associate at the law firm of Hamilton, Brook, Smith & Reynolds, P.C. ("HBSR"), may appear as counsel *pro hac vice* for Exergen in this action.

2.      Exergen desires to be represented by Mr. Silvers of the law firm of HBSR in Boston, Massachusetts. Below is Mr. Silvers' contact information:

Hamilton, Brook, Smith & Reynolds, P.C.
155 Seaport Blvd
Boston, MA 02210
Tel: (617) 607-5900
Email: Benjamin.Silvers@hbsr.com

3.      I certify that Mr. Silvers is a current member in good standing of the Bar of the Commonwealth of Massachusetts (Bar No. MA BBO# 715739), which is the Bar of the highest court where Mr. Silvers is licensed. Mr. Silvers is also admitted to practice before a number of federal courts. *See* Request for Admission Pro Hac Vice attached hereto as Exhibit 1.

4.      Mr. Silvers has never been disbarred or suspended from practicing in any court in any jurisdiction, nor has he been reprimanded or censured in any disciplinary proceedings.

5.      Pursuant to Local Civil Rule 83.3(b), the undersigned has been retained by Exergen to act as resident counsel to assist lead counsel.

6.      Mr. Silvers understands that if this Motion to Appear *Pro Hac Vice* is granted, he will be subject to the disciplinary jurisdiction of this Court.

7.      I declare under penalty of perjury under the laws of the State of Oklahoma that the foregoing is true and correct.

Respectfully submitted,

s/*Anthony J. Hendricks*
David M. Sullivan, OBA #18851
Anthony Hendricks, OBA #31083
CROWE DUNLEVY
A Professional Corporation

2

Braniff Building
324 N. Robinson Ave.
Suite 100
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
david.sullivan@crowedunlevy.com
anthony.hendricks@crowedunlevy.com


-AND –

Susan G. L. Glovsky, MA BBO# 195880 (*pro hac vice* forthcoming)
Benjamin H. Silvers, MA BBO# 715739 (*pro hac vice* forthcoming)
Hamilton, Brook, Smith & Reynolds, P.C.
155 Seaport Boulevard
Boston, MA 02210
Telephone: 617-607-5900
Fax: 978-341-0136
Susan.Glovsky@hbsr.com
benjamin.silvers@hbsr.com

**ATTORNEYS FOR DEFENDANT
EXERGEN CORPORATION**

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of August, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all ECF registrants.

*s/ Anthony J. Hendricks*
Anthony J. Hendricks