**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ALEXANDRA DUGAN, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CIV-25-157-SLP |
| | ) | |
| BOSTON DIGITAL ENTERPRISES, | ) | |
| LLC, a Delaware Limited Liability | ) | |
| Company, and EXERGEN | ) | |
| CORPORATION, a Massachusetts | ) | |
| Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on the Motions of Exergen Corporation for Admission Pro Hac Vice on behalf of Susan G.L. Glovsky and Benjamin H. Silvers [Doc. Nos. 59 and 60].  The Court GRANTS the Motions.  Ms. Glovsky and Mr. Silvers are hereby admitted to practice before this Court for the limited purpose of participating in this case, ***provided*** that Ms. Glovsky and Mr. Silvers link their individual PACER accounts to this Court in order to request e-filing access and then electronically file their entries of appearance, consistent with LCvR83.4.  The attorneys shall familiarize themselves with this Court's Local Rules, ECF Policies & Procedures Manual, and Chamber Rules.

IT IS SO ORDERED this 3rd day of August, 2026.

_____
**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**