# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

ALEXANDRA DUGAN,                          )
                                          )
    Plaintiff,                            )
                                          )
v.                                        )     Case No. CIV-25-157-SLP
                                          )
                                          )
EXERGEN CORPORATION, a                    )
Massachusetts Corporation,                )
                                          )
    Defendant.                            )

## **O R D E R**

Before the Court is Defendant Exergen Corporation's Unopposed Motion for Leave to File Answer to Amended Complaint Out of Time [Doc. No. 58]. Defendant represents in the Motion that Plaintiff does not object to Defendant's Motion. Upon review, the Motion is GRANTED.

IT IS THERFORE ORDERED that Defendant Exergen Corporation shall file its Answer to the remaining claims contained in Plaintiff's Amended Complaint [Doc. No. 25] on or before August 21, 2026.

IT IS SO ORDERED this 3rd day of August, 2026.

_____

**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**