**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

ALEXANDRA DUGAN, an individual,

    Plaintiff(s),

v.

BOSTON DIGITAL ENTERPRISES, LLC, a
Delaware Limited Liability Company, and
EXERGEN CORPORATION, a Massachusetts
Corporation,

    Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CIV-25-157-SLP

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:

Defendant        ,    EXERGEN CORPORATION                               .
(Plaintiff/Defendant)            (Name of Party)

    I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

s/ Benjamin H. Silvers            August 6, 2026
Signature                            Date

Benjamin H. Silvers
Print Name

Hamilton, Brook, Smith & Reynolds, P.C.
Firm

155 Seaport Boulevard
Address

Boston, MA 02210
City            State            Zip Code

617-607-5900
Telephone

Benjamin.Silvers@hbsr.com
Internet E-mail Address

REVISED 05/14/18

*Certificate of Service*

☑ I hereby certify that on August 6, 2026 , I electronically transmitted the attached

document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records

currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those

registered participants of the ECF System.

☐ I hereby certify that on , I filed the attached document with the

Clerk of the Court and served the attached document by

on the following, who are not registered participants of the ECF System:

s/ Benjamin H. Silvers

s/ Attorney Name